IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,              )
                              )    02:09-cv-02082-GEB-JFM
          Plaintiff,          )
                              )    ORDER TO SHOW CAUSE
     v.                       )    AND CONTINUING STATUS
                              )    (PRETRIAL SCHEDULING)
KATRINA BILBOA, individually  )    CONFERENCE
and d/b/a KATRINA's CAFE; LUIS)
BILBAO, individually and d/b/a)
KATRINA'S CAFE,               )
                              )
          Defendants.         )
_____)

          The July 29, 2009 Order Setting Status (Pretrial

Scheduling) Conference scheduled a status conference in this case

for November 2, 2009, and required the parties to file a joint

status report no later than fourteen days prior to the scheduling

conference.  The Order further required that a status report be

filed regardless of whether a joint report could be procured.  No

status report was filed as ordered.

          Plaintiff is Ordered to Show Cause ("OSC") in a writing

to be filed no later than 4:00 p.m. on November 16, 2009, why

sanctions should not be imposed against him under Rule 16(f) of the

1

1  Federal Rules of Civil Procedure for failure to file a timely

2  status report.  The written response shall also state whether a

3  hearing is requested on the OSC.  If a hearing is requested, it

4  will be held on December 14, 2009, at 9:00 a.m., just prior to the

5  status conference, which is rescheduled to that date.  A status

6  report shall be filed no later than fourteen days prior to the

7  status conference.

8          IT IS SO ORDERED.

9  Dated:  October 23, 2009

10

11  _____

    GARLAND E. BURRELL, JR.
12  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28