IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
 ) 2:09-cv-02082-GEB-JFM
            Plaintiff, )
 )
       v. ) ORDER OF DISMISSAL
 )
KATRINA BILBAO, individually and )
d/b/a Katrina's Cafe; LUIS )
BILBAO, individually and d/b/a )
KATRINIA'S CAFE, )
 )
            Defendants. )
_____)

An Order issued on July 7, 2011, requiring the parties to file a dispositional document no later than August 5, 2011, since Plaintiff represented in a Notice of Settlement filed on July 6, 2011, that this action had settled. The July 7, 2011 Order further stated: "Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed." (Order Re: Settlement and Disposition 1:20-22.)

Since no dispositional document or any other document has been filed in response to the July 7, 2011 Order, and no reason has been provided for the continued pendency of this action, this action is dismissed without prejudice.

Dated: August 22, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge